**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., <br> 425 Third Street S.W., Suite 800 <br> Washington, DC 20024, <br><br> Plaintiff, <br> v. <br><br> U.S. DEPARTMENT OF STATE, <br> The Executive Office <br> Office of the Legal Adviser, Suite 5.600 <br> 600 19th Street, N.W. <br> Washington, DC  20522, <br><br> and <br><br> U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT, <br> 1300 Pennsylvania Avenue, N.W. <br> Washington, DC  20534, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. |

## COMPLAINT

Plaintiff Judicial Watch, Inc. brings this action against Defendants U.S. Department of State and the U.S. Agency for International Development to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  As grounds therefor, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1.   The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2.   Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3.    Plaintiff Judicial Watch, Inc. is a not-for-profit, educational organization incorporated under the laws of the District of Columbia and headquartered at 425 Third Street SW, Suite 800, Washington, DC 20024. Plaintiff seeks to promote transparency, integrity, and accountability in government and fidelity to the rule of law. As part of its mission, Plaintiff regularly requests records from federal agencies pursuant to FOIA. Plaintiff analyzes the agencies' responses and disseminates both its findings and the requested records to the American public to inform them about "what their government is up to."

4.    Defendant U.S. Department of State ("State Department") is an agency of the United States Government headquartered at 2201 C Street, N.W., Washington, DC 20520. The State Department has possession, custody, and control of records to which Plaintiff seeks access.

5.    Defendant U.S. Agency for International Development ("USAID") is an agency of the United States Government headquartered at 1300 Pennsylvania Avenue, N.W., Washington, DC 20534. USAID has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

6.    On March 31, 2017, Plaintiff submitted a FOIA requests to Defendant State Department seeking access to the following records:

>    1.    Any and all records regarding, concerning, or relating to any contracts, grants or other allocations/disbursements of funds by the State Department to the Foundation Open Society-Albania (FOSA) and/or its personnel and/or any FOSA subsidiaries. Such records shall include, but is not be limited to proposals, contracts, requests for funding, payment authorizations, invoices, and similar budget records, as well as any and all related records of communication between State Department officials, employees, or representatives and officials, employees, or

        representative of the U.S. Agency for International Development (USAID).

2. Any and all records of communication between any officials, employees or representatives of the State Department, including but not limited to U.S. Ambassador Donald Lu, and any officials, employees or representatives of Foundation Open Society-Albania, its subsidiaries and/or affiliated organizations.

3. Any and all assessments, evaluations, reports or similar records relating to the work of Foundation Open Society-Albania and/or its subsidiaries or affiliated organizations.

4. Any and all records of communications transmitted via the State Department's SMART system sent to or from any employee of the U.S. Government operating under the authority of the Chief of Mission in Tirana that pertain to Foundation Open Society-Albania, its subsidiaries and/or affiliated organizations.

The time frame of the request was identified as "January 1, 2015 to the present."

7. That same day, March 31, 2017, Plaintiff also submitted a FOIA requests to Defendant USAID seeking access to the following records:

1. Any and all records regarding, concerning, or relating to any contracts, grants or other allocations/disbursements of funds by the State Department to the Foundation Open Society-Albania (FOSA) and/or its personnel and/or any FOSA subsidiaries. Such records shall include, but is not be limited to proposals, contracts, requests for funding, payment authorizations, invoices, and similar budget records, as well as any and all related records of communication between USAID officials, employees, or representatives and officials, employees, or representative of the U.S. Department of State ("State Department").

2. Any and all records of communication between any officials, employees or representatives of USAID and any officials, employees or representatives of Foundation Open Society-Albania, its subsidiaries and/or affiliated organizations.

3. Any and all assessments, evaluations, reports or similar records relating to the work of Foundation Open Society-Albania and/or its subsidiaries or affiliated organizations.

4. Any and all records of communications transmitted via the State Department's SMART system sent to or from any employee of the U.S. Government operating under the authority of the Chief of Mission in Tirana that pertain to Foundation Open Society-Albania, its subsidiaries and/or affiliated organizations.

The time frame of the request was identified as "January 1, 2015 to the present."

8. By letter dated April 13, 17, 2017, USAID acknowledged receipt of Plaintiff's request and advised Plaintiff that the request had been assigned tracking number F-001171-17.

9. By letter dated April 17, 2017, the State Department acknowledged receipt of Plaintiff's request and advised Plaintiff that the request had been assigned Case Control Number F-2017-09463.

10. As of the date of this Complaint, both the State Department and USAID have failed to: (i) produce the requested records or demonstrate that the requested records are lawfully exempt from production; (ii) notify Plaintiff of the scope of any responsive records Defendants intend to produce or withhold and the reasons for any withholdings; or (iii) inform Plaintiff that it may appeal any adequately specific, adverse determination.

## COUNT I
### Violation of FOIA, 5 U.S.C. § 552

11. Plaintiff realleges paragraphs 1 through 10 as if fully stated herein.

12. Plaintiff is being irreparably harmed by reason of Defendants' violation of FOIA, and Plaintiff will continue to be irreparably harmed unless Defendants are compelled to comply with FOIA.

13. To trigger FOIA's administrative exhaustion requirement, Defendants were required to determine whether to comply with Plaintiff's request within twenty (20) working days of receiving the request, or on or about May 11, 2017. At a minimum, Defendants were required to: (i) gather and review the requested documents; (ii) determine and communicate to Plaintiff the scope of any responsive records Defendants intended to produce or withhold and the reasons for any withholdings; and (iii) inform Plaintiff that it may appeal any adequately specific, adverse determination. *See*, *e.g.*, *Citizens for Responsibility and Ethics in Washington v. Federal Election Comm'n*, 711 F.3d 180, 188-89 (D.C. Cir. 2013).

14. Because Defendants have failed to determine whether to comply with Plaintiff's requests within the time period required by FOIA, Plaintiff is deemed to have exhausted its administrative appeal remedies. 5 U.S.C. § 552(a)(6)(C)(i).

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendants to conduct searches for any and all records responsive to Plaintiff's FOIA requests and demonstrate that they employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA requests; (2) order Defendants to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA requests and *Vaughn* indices of any responsive records withheld under claim of exemption; (3) enjoin Defendants from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA requests; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated: May 26, 2017    Respectfully submitted,

*/s/ James F. Peterson*
James F. Peterson
D.C. Bar No. 450171
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5172
jpeterson@judicialwatch.org

*Counsel for Plaintiff*