# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br>  *Plaintiff*, <br><br>  v. <br><br>U.S. DEPARTMENT OF STATE and U.S. AGENCY FOR INTERNATIONAL DEVELOPMENT, <br><br>  *Defendants*. | Civil Action No. 17-1012 (ABJ) |

## STATUS REPORT AND PROPOSED SCHEDULE

The U.S. Department of State ("State") and U.S. Agency for International Development ("USAID") (together, the "Agencies"), by and through undersigned counsel, respectfully submit this Status Report pursuant to the Court's Order, dated July 6, 2017.

## Background

On March 31, 2017, Judicial Watch, Inc., submitted FOIA requests to State and USAID seeking records related to the Foundation Open Society-Albania. Compl. ¶¶ 6–7 (ECF No. 1). USAID acknowledged receipt of Judicial Watch's request on April 13, 2017, and assigned it tracking number F-001171-17. *Id.* ¶ 8. State acknowledged receipt of Judicial Watch's request on April 17, 2017, and assigned it tracking number F-2017-09463. *Id.* ¶ 9. State and USAID were both still processing the requests when Judicial Watch filed suit on May 26, 2017. *Id.* ¶ 10. State and USAID answered the complaint on July 6, 2017. *See* ECF No. 7.

## Status of the Requests and Proposed Schedule

To date, State has not released any responsive records. State has completed all but two of its searches of its components. Excepting the two searches that have not yet been completed, State has identified roughly 2,947 pages of records that require further review for responsiveness

and release.  Given the volume of FOIA requests and resources available, State estimates that it can process roughly 300 pages per month.  At that rate, and barring significant return of potentially responsive pages from State's outstanding searches, State estimates that it can complete processing the documents for responsiveness and release within 10  months, i.e., by May 7, 2018.

USAID has completed its searches and only identified one potentially responsive document.  Because the document originated with the State Department, USAID referred the document to State for direct reply.  That document is currently being processed at State's FOIA Office..

Defendants propose to file periodic status reports every sixty days to update Judicial Watch and the Court on the status of the processing of the requests at State and USAID, with such reports due on or before October 13, 2017, December 12, 2017, February 9, 2018, April 10, 2018. State will update the Court if it has reason to believe that the return of its outstanding searches will impact its ability to complete processing of this request by May 7, 2018.

In light of the foregoing factors, it is too early to determine whether there will be a need for summary judgment briefing in this case.  Defendants therefore propose that, upon completion of the processing of the request, the parties file a joint status report within thirty days setting forth a proposed schedule for subsequent proceedings, including a proposed briefing schedule should the parties be unable to resolve this litigation without further adjudication.

August 7, 2017                                   Respectfully submitted,

                                                  CHANNING D. PHILLIPS
                                                D.C. Bar 415793
                                                United States Attorney

                                                DANIEL F. VAN HORN
                                                D.C. Bar 924092
                                                Chief, Civil Division

                                        By: */s/ Daniel P. Schaefer*
                                                DANIEL P. SCHAEFER
                                                D.C. Bar 996871
                                                Assistant United States Attorney
                                                555 4th Street, N.W.
                                                Washington, D.C. 20530
                                                Tel: (202) 252-2531
                                                E-mail: Daniel.Schaefer@usdoj.gov

                                                *Defendants' Counsel*